AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

United States of America
v.

Randall R. Burrus

Defendant(s)

Case No.
20-MJ-

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 15, 2020__ in the county of __Christian__ in the __Central__ District of __Illinois__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |
| 18 U.S.C. § 922(g)(9) | Person in possession of a firearm who has been convicted in any court of a misdemeanor crime of domestic violence. |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

Bryce L. Benton

*Complainant's signature*

Bryce L. Benton, Task Force Officer FBI
*Printed name and title*

and attested to by telephone.
Sworn to before me and signed in my presence.

Eric I. Long

*Judge's signature*

Date: 04/16/2020

City and state: Monticello, IL

Eric I. Long, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RANDALL R. BURRUS, )<br>)<br>Defendant. ) | Case No. 20-MJ- |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Task Force Officer (TFO) Bryce L. Benton, Jr., having been first duly sworn, do hereby depose and states as follows:

1. I am a TFO with the Federal Bureau of Investigation (FBI) and have been since October 2018. Prior to my assignment on the FBI Joint Terrorism Task Force (JTTF), I was assigned to the Statewide Terrorism and Intelligence Center (STIC) and worked patrol functions during my 9-year career in law enforcement. As such, I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section

1

2510(7), and am empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18 U.S.C. § 2516.

2. Pursuant to Title 18, United States Code, Section 922(g)(1), it is unlawful for a person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, otherwise known as a felony offense, to possess in or affecting commerce, a firearm or ammunition. Pursuant to Title 18, United States Code, Section 922(g)(9), it is unlawful for a person who has been convicted in any court of a misdemeanor crime of domestic violence, to possess in or affecting commerce, a firearm or ammunition.

3. On March 18, 2020, the FBI National Threat Operations Center (NTOC) received on online tip via the tips.fbi.gov website regarding three unknown subjects (UNSUBs) making plans on Discord for an attack and/or shooting at a school, mosque, or synagogue in the United States, Canada, and New Zealand. Screen shots from the Discord server "The Holy Kaiserreich Reborn" (HK) were provided to the FBI. Sometime between March 4, 2020 (the date given by complainant for when the screen shots were taken) and March 18, 2020 (the date the screenshots were sent to the FBI) HK user "Martyrdom" wrote that he had two choices for mass shootings,

either "that jew nursing home in longmeadow Massachusetts OR a jewish community synagogue in matoon illinois near where I live." Martyrdom also stated "im planning to shoot up a synagogue or do Breivik style fill a car with explosives, set htem (sp) off and shoot survivors then escape and go to other synagogues." The below is a screenshot of that conversation:



4. On March 18, 2020, the FBI Dallas served legal process on Discord. Discord returned subscriber information for the "Martyrdom"

3

account including: a user ID, the internet protocol (IP) addresses used to register the account and used at each session, an associated phone number, and email address. The IP address used to register for the account was 66.116.44.145; and a frequently used IP address used, including the most recent activity on the account, was 66.116.40.237. The registration phone number was listed as +1-217-820-6074, and the registration email address was apple515@protonmail.com.

5. On March 20, 2020, database checks on phone number (217) 820-6074 were conducted to discover the registered service provider, which was determined to be Verizon Wireless. TFO Benton called the Verizon Wireless law enforcement support line and was advised the phone number belonged to Tracfone. TFO Benton called the Tracfone law enforcement support to submit an application to disclose subscriber information under an emergency disclosure. Tracfone provided email mburrus68@gmail.com, date of birth January 29, 1968, and Assumption, Illinois, as identifiers linked to the phone.

6. On March 20, 2020, checks were conducted to find the provider owning IP addresses 66.116.44.145 and 66.116.40.237; revealing Consolidated Communications (Consolidated) as the provider. On March 20,

4

2020, the United States Attorney's Office, Central District of Illinois, submitted a grand jury subpoena (GJS) to Consolidated requesting subscriber information related to the IP addresses. On March 26, 2020, a follow-up subpoena was sent to Consolidated narrowing the date for subscriber information related to IP address 66.116.44.145 to February 12, 2020, which was the date the IP address was used to register for the Discord account. On March 26, 2020, Consolidated returned the following subscriber information in response to the GJSs:

- **Target:** 66.116.44.145 02/12/2020; **First Name:** Randy; **Last Name:** Burrus; **Address:** 306 Sarah St; **City:** Assumption; **State:** IL; **Zip code:** 62510-1325; **Telephone Number:** 217-565-3922 (cell); **Email Address:** beerbreak@consolidated.net; **Customer ID:** 671747; **Service Start Date:** 07/01/2000; **Service End Date:** (blank); **Member ID:** 000-045-8461

- **Target:** 66.116.40.237 11:58:20 3/4/20 to 20:55:01 3/18/20; **First Name:** Randy; **Last Name:** Burrus; **Address:** 306 Sarah St; **City:** Assumption; **State:** IL; **Zip code:** 62510-1325; **Telephone Number:** 217-565-3922 (cell); **Email Address:** beerbreak@consolidated.net;

5

**Customer ID:** 671747; **Service Start Date:** 07/01/2000; **Service End Date:** (blank); **Member ID:** 000-045-8461

7. On March 20, 2020, an inquiry on BURRUS was made to the Christian County Sheriff's Office (CCSO) due to BURRUS' residence being located in Christian County. Information from CCSO indicated BURRUS was a known white supremacist and was reportedly active on online chat forums. BURRUS was also reported to espouse sovereign citizen type ideology. CCSO indicated that BURRUS' son, Daniel Burrus, had previously contacted CCSO to report domestic violence by BURRUS against his wife. Additionally, CCSO advised that BURRUS' brother, Christopher, previously contacted them to report concerns with BURRUS' mindset especially in light of the fact that BURRUS had multiple firearms in his residence, and lived in close proximity to a local high school.

8. A review of BURRUS' criminal history shows that BURRUS has three criminal convictions from 2003. On March 13, 2003, in Christian County case docket 03-CM-48, BURRUS was convicted of a class A misdemeanor of domestic battery causing bodily harm. On April 21, 2003, in Shelby County case docket 03-CM-46, BURRUS was convicted of a class A misdemeanor for violating an order of protection. On October 2, 2003, in Shelby Court case

docket 03-CF-68, BURRUS was convicted of a class 4 felony violation of an order of protection. BURRUS was sentenced to two years of probation and 80 days in jail. Based on BURRUS' convictions, he is both a felon and has been convicted of a misdemeanor crime of domestic violence. BURRUS' convictions mean BURRUS is prohibited for possessing firearms.

9.  On April 1, 2020, TFO Benton and Special Agent (SA) Michael McCoy interviewed BURRUS' adult son, Daniel Burrus (hereinafter D. Burrus). D. Burrus advised the interviewing agents that BURRUS is known to regularly use hate speech, and is open about his dislike of others due to their race, religion, and nationality. D. Burrus advised that BURRUS spends a large amount of time on his computer participating in online chat forums, playing video games, and watching "doomsday prepper" videos. D. Burrus advised that even as a convicted felon, BURRUS possesses four weapons, including two handguns, an AR-15 style rifle, and a bow and arrow.

10. On April 2, 2020, the Longmeadow (Massachusetts) Police Department found a homemade Molotov Cocktail outside of a Jewish senior assisted living center. The cocktail was in a plastic gas container and had Christian conversion literature placed in the nozzle of the gas can. The literature was charred and appeared to have been lit on fire in an attempt to

ignite the gas. There appeared to be trace amounts of blood on both the outside of the gas container and the Christian literature. The documents were sent to the Massachusetts state lab for testing; and the lab verified the presence of blood with a male DNA profile. Fingerprint results are pending.

11. Based on the above facts, law enforcement believed that either BURRUS or someone residing in the BURRUS household used the Discord platform to transmit online threats of violence against others based on their race, religion, or nationality, or used the platform to discuss committing arson. Law enforcement also believed BURRUS was a prohibited person who possessed firearms.

12. On April 13, 2020, law enforcement obtained a search warrant for BURRUS'S residence located at 306 Sarah Street, Assumption, Illinois 62510 for evidence related to hate crimes and illegal possession of firearms.

13. On April 15, 2020, law enforcement executed the search warrant on the residence. Agents recovered the following items:

    a. A .223 Ruger Mini 14 rifle;

    b. A Smith and Wesson XD40 (S&W) .40 handgun;

    c. Numerous boxes of ammunition, including approximately 14 rounds of .223 ammunition, 80 rounds of .40 ammunition, and 11

boxes of 5.56 ammunition (unknown number of rounds but appeared to be mostly full boxes), and a small amount of ammunition for a .32 caliber and shotgun;

d. Four ammunition magazines for S&W handgun (three loaded); and

e. Five ammunition magazines for Ruger rifle (four loaded).

14. On April 15, 2020, BURRUS was detained, provided his *Miranda* Warnings and agreed to be interviewed by agents. During his interview, BURRUS admitted to possessing the firearms and ammunition found at the residence. BURRUS stated that he possessed the firearms and ammunition strictly for self-defense and for government overreach. Burrus further stated, "anybody that's gonna kick in my door, that's what they would have been for. Could have been law enforcement, could have been a damn thief." When asked whether he knew he was a felon and prohibited from possessing the firearms, he stated, "I'm aware that's what they're telling me."

15. Also present at the residence during the search warrant was BURRUS' wife and minor son. Law enforcement interviewed the wife and son. The wife indicated that she was unaware of the existence of any

firearms in the residence. The minor son stated that he used Guilded and Discord and was responsible for that chats as discussed above.

FURTHER AFFIANT SAYETH NOT:

                        Bryce L. Benton, Jr.

                        Bryce L. Benton, Jr.
                        Task Force Officer
                        Federal Bureau of Investigation

Subscribed and sworn to before me this 16th day of April, 2020, at 10:24 a.m.
   (Through email and attested to by telephone)

                        Eric I. Long

                        ERIC I. LONG
                        UNITED STATES MAGISTRATE JUDGE