

Exhibit 6