IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-CR-300_30_ |
| | ) | |
| RANDALL R. BURRUS, | ) | VIO: 18 U.S.C. §922(g)(1) |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about April 15, 2020, in Christian County, in the Central District of Illinois, the defendant,

**RANDALL R. BURRUS,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a .223 Ruger Mini 14 rifle; a Springfield Armory .40 pistol, and ammunition, said firearms and ammunition having been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1. The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 992(g)(1) set forth in Count 1 of this Indictment, the defendant, **RANDALL R. BURRUS**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including but not limited to:

   a. Ruger Mini Rifle, bearing serial number: 182-63442

   b. Springfield Armory pistol, bearing serial number: US159636

   c. Not less than 2,000 rounds of miscellaneous ammunition including .223, 5.56 and .40 caliber ammunition.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. Cannot be located upon the exercise of due diligence;

   b. Has been transferred or sold to, or deposited with, a third party;

   c. Has been placed beyond the jurisdiction of the court;

   d. Has been substantially diminished in value; or

e. Has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

A TRUE BILL,
s/ Foreperson

FOREPERSON

s/ Crystal Correa

JOHN C. MILHISER
UNITED STATES ATTORNEY
CCC