E-FILED
Friday, 20 May, 2022 10:42:42 AM
Clerk, U.S. District Court, ILCD

recd
revd 5/19/22
Shm May 16, 2022

**Travel Request**

Randall R. Burrus

306 Sarah Street

Assumption, Illinois 62510

FILED

MAY 19 2022

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

to.

United States District Judge Sue E. Myerscough

600 East Monroe Street

108 Federal Building

Springfield, Illinois 62701


Dear Judge Myerscough,

I am writing you again today to request permission to travel to Falls Creek Falls State Park

in Spencer, Tennessee to attend my daughters wedding. I have submitted 2 seperate travel requests to my probation officer U.S.P.O. Tamara Harris. The first was back in February, but that was too early. The second, I just submitted last month, but U.S.P.O. Tamara Harris telephoned me this afternoon and said that I need the courts approval and I needed to ask the court. We intend to leave next week on May 26, myself, my wife, and my youngest son Isaiah, and ride with my daughter and her fiance to Spencer, TN, where we have cabins rented, the wedding itself will be on May 27, 2022 and we will return directly afterwards because Isaiah has to be back on May 28th to go on his field trip to Washington DC. No one going has any felonies. I just purchased a custom suit to attend. U.S.P.O. Harris  was just at my home on May 10th to do a walk through and I do not understand why something was not said then. I did inquire about the status of my travel request when she visited my home. So I am hoping you will approve my request to attend my daughters wedding in Spencer, TN.

Also, in the future, must I write the court everytime I want to leave the state? Of what good are travel requests to my assigned probation officer, if I still have to petition the court?

I do have several family members whom resides in Tennessee. So, I can foresee future travel

1

requests coming in the future. Thanks for your consideration.

Sincerely,

Randall R. Burrus

SPRINGFIELD IL 627

17 MAY 2022 PM 1 T

RANDY R BURRUS
306 SARAH ST
ASSUMPTION IL 62510-1325



U.S. District Judge Sue E. Myerscough
600 East Monroe St.
108 Federal Building
Springfield, IL 62701

62701315551